

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

JESSICA CLAIRE ENGLE
*Assistant Corporation Counsel*
Phone: (212) 356-0827
Fax: (212) 356-3509
Email: jengle@law.nyc.gov

April 26, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The April 30, 2021 conference is hereby adjourned until May 21, 2021 at 10 am.  All other deadlines are enlarged by three weeks.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
4/28/21

Re:   Tyreick Grey v. City of New York et al., 20 Civ. 10666 (AKH)

Your Honor:

I am the attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to the above referenced matter.  For the reasons set forth below, defendant City of New York respectfully requests a three (3) week adjournment of the initial conference scheduled for this matter on April 30, 2021, and a corresponding three (3) week enlargement of defendants City, Department of Correction ("DOC"), Brann, Farrell, Villalona, and Walker's[1] time to respond to the Complaint, as well as all other deadlines.  This is defendants' first request for an adjournment of the initial conference, and second request for an enlargement of defendants' time to respond to the Complaint.  Plaintiff's counsel consents to this request.

By way of background, on January 17, 2021, plaintiff filed a Complaint in this matter against the City of New York, the New York City DOC, Cynthia Brann, Captain John Doe 1, Correction Officer John Doe 2, Timothy D. Farrell, Correction Officer FNU Martin, Correction Officer FNU McNeil, Correction Officer FNU Moorehead, Angel Villalona, and "Warden of George R. Vierno Center."[2]  *See* Civil Docket Sheet Entry No. 1.  Plaintiff alleges, in sum and substance, that he was attacked and seriously injured on two separate occasions by inmates at Rikers Island, and that the individual defendants failed to protect him from these attacks.

---

[1] Identified in the Complaint as "Warden of George R. Vierno Center."
[2] Upon information and belief, and according to the Civil Docket Sheet, the individuals identified in the Complaint as "Correction Officer FNU Martin," "Correction Officer FNU McNeil," and "Correction Officer FNU Moorehead" have not been served.  *See generally* Civil Docket Sheet.

- 2 -

      The undersigned will be leaving the Office of the Corporation Counsel this week, and, as a result, this matter is in the process of being transferred to another Assistant Corporation Counsel. An adjournment and corresponding enlargement of defendants City, DOC, Brann, Farrell, Villalona, and Walker's time to respond to the Complaint, and of all other deadlines, is needed so that the new attorney handling this matter will have an opportunity to thoroughly review this case before appearing before Your Honor to discuss this matter and case management deadlines.

      Thank you for your consideration in this regard.

                                      Respectfully submitted,

                                      *Jessica C. Engle*  /S/
                                      Jessica C. Engle
                                      *Assistant Corporation Counsel*
                                      *Special Federal Litigation Division*

cc:    **VIA ECF**
       Devon M. Radlin, Esq.
       *Attorney for Plaintiff*