UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
TYREICK GREY,

                  Plaintiff(s)

                       -v-

CITY OF NEW YORK, ET AL.,

                  Defendant(s).
---------------------------------------------------------------- x

**SCHEDULING ORDER**

20 Civ. 10666 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for status conference on May 21, 2021 at 10:00 a.m., which will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than May 19, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    May 18, 2021              _____//S//_____
            New York, New York       ALVIN K. HELLERSTEIN
                                               United States District Judge