UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
TYREICK GREY,                                                :
                                                             :
                                         Plaintiff           :     ORDER
                                                             :
              -against-                                      :     20 Civ. 10666 (AKH)
                                                             :
                                                             :
CITY OF NEW YORK, NEW YORK CITY                              :
DEPARTMENT OF CORRECTION, CYNTHIA                            :
BRANN, ANGEL VILLALONA, TIMOTHY D.                           :
FARRELL, DEPUTY WARDEN SHARLISA                              :
WALKER, CAPTAIN JOHN DOE 1,                                  :
CORRECTION OFFICER JOSEPH                                    :
MOOREHEAD, SHIELD # 11076, CORRECTION                        :
OFFICER CHRIS MCNEIL, SHIELD # 13353,                        :
CORRECTION OFFICER MEGAN MARTIN,                             :
SHIELD # 19645, and CORRECTION OFFICER                       :
JOHN DOE 2,                                                  :
                                                             :
                                         Defendants.         :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        I held a status conference on February 25, 2022, in which I addressed the pending motion for default judgment against Defendant Megan Martin (ECF No. 58). Defense counsel is directed to communicate with Defendant Martin about the consequences of not appearing, *pro se* or with an attorney. The motion for default judgment is adjourned to March 25, 2022.

        SO ORDERED.

Dated:    February 25, 2022                   /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                                    United States District Judge