UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TYREICK GREY,                                                                      Civ No.: 20-CV-10666(AKH)

                              Plaintiff,

              -against-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT
OF CORRECTION, CYNTHIA BRANN, ANGEL
VILLALONA, TIMOTHY D. FARRELL, DEPUTY WARDEN
SHARLISA WALKER, CAPTAIN SHEILA JOHNSON,
SHIELD #389, CORRECTION OFFICER JOSEPH
MOOREHEAD, SHIELD # 11076, CORRECTION
OFFICER CHRIS MCNEIL, SHIELD #13353,
CORRECTION OFFICER MEGAN MARTIN, SHIELD
# 19645 and CORRECTION OFFICER CLAUDIN
MONDESIR, SHIELD #12333,
                                  Defendant(s).
------------------------------------------------------------------------X

> Since a complete judgment as to Defendant Megan Martin has to await the trial, nothing practical results from the default judgment Plaintiff requests. The motion is denied, with leave to renew after trial.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> June 14, 2022

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE THAT upon the declaration of DEVON M. RADLIN, ESQ. sworn to June 3, 2022, the exhibits annexed hereto, and upon the copy of the Complaint in this action under Case No.: 20-CV-10666(AKH) hereto annexed, it is

ORDERED that the defendant **CORRECTION OFFICER MEGAN MARTIN, SHIELD #19645** show cause before this Honorable Court, at Room _____, United States District Courthouse, Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 on _____, 2022 at _____ o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure entering default for failure to file an Answer or to otherwise appear in this action; and it is further

ORDERED that a copy of this Order, annexed affirmation and exhibits be served upon defendant **CORRECTION OFFICER MEGAN MARTIN, SHIELD #19645** on or before _____ o'clock in the _____ noon, _____, 2022, and that such service shall be deemed good and sufficient service thereof.

Dated: New York, New York
       June \_\_\_\_, 2022                    SO ORDERED:


                                            By: _____
                                            Hon. Alvin K. Hellerstein