UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TYREICK GREY,

                                                                                        Plaintiff

-against-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTION, CYNTHIA BRANN, ANGEL VILLALONA, TIMOTHY D. FARRELL, DEPUTY WARDEN SHARLISA WALKER, CAPTAIN JOHN DOE 1, CORRECTION OFFICER JOSEPH MOOREHEAD, SHIELD # 11076, CORRECTION OFFICER CHRIS MCNEIL, SHIELD # 13353, CORRECTION OFFICER MEGAN MARTIN, SHIELD # 19645, and CORRECTION OFFICER JOHN DOE 2,

                                                                                        Defendants.

------------------------------------------------------------ x

**ORDER**

20 Civ. 10666 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

       SO ORDERED.

Dated:      January 12, 2023
                 New York, New York

                                                                        ALVIN K. HELLERSTEIN
                                                                        United States District Judge